Saturday,
June 1.

JOHNSON and Others *v.* HEDRICK and Others.

APPEAL from the *Warren* Common Pleas.

*Per Curiam.*—This case turns upon the evidence. Had the verdict below been either way upon it, this Court could not have disturbed it. The jury trying the cause drew inferences which may be the correct ones. The Court below refused a new trial.

The judgment is affirmed, with costs.

*R. A. Chandler*, for the appellants.

*J. H. Brown, J. Park, B. F. Gregory* and *J. Harper*, for the appellees.